# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORETHA WILLIAMS-GILMER,**

        **Plaintiff,**

**-vs-**                                       **Case No.  6:08-cv-1003-Orl-31KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Unopposed Motion for Entry of Judgment with Remand (Doc. No. 16) filed January 22, 2009.

On January 23, 2009, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Unopposed Motion for Entry of Judgment with Remand is **GRANTED**.

3.     The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3), and  the case is remanded for further proceedings consistent with the Report and Recommendation.

4.     The Clerk is directed to enter judgment accordingly and, thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                    **GREGORY A. PRESNELL**
                             **UNITED STATES DISTRICT JUDGE**