**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DORETHA WILLIAMS-GILMER,

                    **Plaintiff,**

-vs-                                              Case No. 6:08-cv-1003-Orl-31KRS

COMMISSIONER OF SOCIAL
SECURITY,
                    **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Third Amended Motion for Award of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 24) filed June 12, 2009.

On July 17, 2009, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Third Amended Motion for Award of Attorney Fees Pursuant to the Equal Justice Act 28 U.S.C. S 2412(d) is **GRANTED**. The Commissioner of Social Security shall pay Attorney Shea Fugate $5,118.40 in attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 4th day of August, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE